1  STANLEY L. GIBSON (047882)
   JOSHUA E. KIRSCH (179110)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5  Attorneys for Plaintiff
   NATCO FOODS LTD

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| NATCO FOODS LTD, a foreign corporation; | Case No. 2:05-CV-01901 GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND MOTION TO STAY/COMPEL ARBITRATION** |
| v. | |
| CALIFORNIA COMMODITIES INTERNATIONAL, INC., a California corporation; | Current date: January 12, 2006<br>Courtroom # 24<br>Time: 10:00 a.m. |
| Defendant. | New Date: February 2, 2006<br>Courtroom #24<br>Time: 10:00 a.m. |

///
///
///
///
///
///
///
///
///

---

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND MOTION TO STAY/COMPEL ARBITRATION
Case No.: 2:05-CV-01901-LLK-GGH, File No. 2900.70

1  NATCO FOODS LTD., ("Natco") and CALIFORNIA COMMODITIES
2  INTERNATIONAL, INC. ("CCI") through their respective counsel hereby stipulate and request
3  that the Court continue the Status Conference and CCI's Motion to Stay/Compel Arbitration to
4  February 2, 2006 at 10:00 a.m. in order to give the parties additional time beyond the holiday
5  period to attempt to resolve the arbitration issues by way of negotiation rather than motion which
6  would render formal opposition to the motion and hearing on the motion unnecessary.

**IT IS SO STIPULATED.**

Dated: December 28, 2005                GIBSON ROBB & LINDH LLP

                                        By:    S/ STANLEY L. GIBSON
                                               Stanley L. Gibson
                                               Attorneys for Plaintiff
                                               NATCO FOODS LTD

Dated: December 28, 2005                BANKS & WATSON

                                        By:    S/ JAMES O. MOSES
                                               James O. Moses
                                               Attorneys for CALIFORNIA
                                               COMMODITIES INTERNATIONAL, INC.

**IT IS SO ORDERED.**

Dated: 1/6/06                           /s/ Gregory G. Hollows

                                        Gregory G. Hollows
                                        U.S. Magistrate Judge

natco1901.eot