1  STANLEY L. GIBSON (047882)
   JOSHUA E. KIRSCH (179110)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5  Attorneys for Plaintiff
   NATCO FOODS LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATCO FOODS LTD, a foreign corporation;<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA COMMODITIES INTERNATIONAL, INC., a California corporation;<br><br>            Defendant. | Case No. 2:05-CV-01901-LKK-GGH<br><br>**STIPULATION AND ORDER STAYING ACTION PENDING ARBITRATION**<br><br>Current date:  February 2, 2006<br>                     Courtroom #24<br>                     Time: 10:00 a.m. |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

---

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND MOTION TO STAY/COMPEL ARBITRATION
Case No.: 2:05-CV-01901-LLK-GGH, File No. 2900.70

1  Plaintiff NATCO FOODS LTD., ("Natco") and Defendant CALIFORNIA
2  COMMODITIES INTERNATIONAL, INC. ("CCI") through their respective counsel hereby
3  stipulate to arbitrate the above captioned matter in the tribunals of the Waren-Verein der
4  Hamburger and request that the Court Stay this matter pending completion of arbitration.  The
5  parties request that the Court retain jurisdiction over this matter.

6  **IT IS SO STIPULATED.**

7  Dated: January 30, 2006                    GIBSON ROBB & LINDH LLP

9                                              By:   S/ STANLEY L. GIBSON
                                                    Stanley L. Gibson
10                                                  Attorneys for Plaintiff
                                                    NATCO FOODS LTD

12  Dated: January 30, 2006                    BANKS & WATSON

14                                              By:   S/ JAMES O. MOSES
                                                    James O. Moses
15                                                  Attorneys for CALIFORNIA
                                                    COMMODITIES INTERNATIONAL, INC.

17
    **IT IS SO ORDERED.**
18

19  Dated: 1/31/06                              /s/ Gregory G. Hollows

20                                              Gregory G. Hollows
                                                U.S. Magistrate Judge
21  natco.ord