STANLEY L. GIBSON (047882)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiff
NATCO FOODS LTD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATCO FOODS LTD, a foreign corporation;<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA COMMODITIES INTERNATIONAL, INC., a California corporation;<br><br>Defendant. | Case No. 2:05-CV-01901-LKK-GGH<br><br>**JUDGMENT**<br><br>Date: February 21, 2008<br>Time: 10:00 a.m.<br>Place: 501 "I" Street, 14th Floor<br>Sacramento, CA<br>Courtroom # 24 |

For the reasons stated in the Court's Order To Enforce Arbitral Award, judgment is hereby entered in favor of Natco Foods Ltd. And against Defendant California Commodities International, Inc. In the amount of $377,163.32 plus interest thereon from the date of entry of the award on February 21, 2008, with post-judgment interest calculated per 28 USC 1961 *et seq.*

IT IS SO ORDERED.

Dated: Apr D 4, 2008

GREGORY G. HOLLOWS
HONORABLE GREGORY S. HOLLOWS
MAGISTRATE JUDGE FOR
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA